MARY YUZWICZKI, as Administratrix of the Estate of JOHN YUZWICZKI, Deceased, Respondent, *v.* THE SOL-VAY PROCESS COMPANY, Appellant.

*Yuzwiczki* v. *Solvay Process Co.*, 140 App. Div. 921, affirmed.
(Argued March 21, 1912; decided April 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 22, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer.

*Louis L. Waters* for appellant.

*R. J. Shanahan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J.; HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.